IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAUL EBAI | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-12-1167 |
| | * | |
| UNITED STATES POSTAL SERVICE | * | |
| | ****** | |

**MEMORANDUM**

Plaintiff, representing himself, has brought this action under the Federal Tort Claims Act alleging that a package that he brought to a post office in Silver Spring, Maryland to be mailed to Kenya was never delivered to Kenya. Defendant has filed a motion to dismiss or for summary judgment. Plaintiff has responded to the motion by filing an affidavit.

Defendant claims that plaintiff never exhausted his administrative remedies. In his affidavit plaintiff asserts that he did file a monetary claim and gave it to the supervisor at the post office in question. Assuming that plaintiff did file an appropriate monetary claim, it is clear that this action cannot be maintained under the Federal Tort Claims Act because that Act does not apply to "[a]ny claim arising out of a loss, miscarriage, or a negligent transmission of letters or postal matter." 28 U.S.C. §2680(b).

Accordingly, defendant's motion will be treated as one to dismiss and, as such, will be granted.

Date:   June 12, 2012            _____/s/_____
                                 J. Frederick Motz
                                 United States District Judge

1